Joshua Driskell (SBN 294616)
Primuth & Driskell, LLP
790 E. Colorado Blvd., Suite 790
Pasadena, CA 91101
(626) 683-7234

Attorney for Debtor Josefina Cervantes

# SUPERIOR COURT OF THE STATE OF CALIFORNIA

# COUNTY OF LOS ANGELES, CHATSWORTH

| | |
|---|---|
| In Re:<br><br>JOSEFINA CERVANTES, Debtor | Case No.: 2:16-bk-12110-RK<br><br>**MOTION FOR RECONSIDERATION**<br><br>Honorable Robert N. Kwan |

TO ALL PARTIES AND THEIR ATTORNEY OF RECORD:

Defendant, JOSEFINA CERVANTES, hereby requests that this Court reconsider its ORDER AND NOTICE OF DISMISSAL FOR FAILURE TO FILE SCHEDULES, STATEMENTS AND/OR PLAN which was entered on March 11, 2016. This Court ordered the above referenced case closed on the basis that not all required documents for Debtor's case had been filed, however that was not the case and Debtor's required documents were filed prior to the Order dismissing the case was filed.

Debtor filed her Chapter 7 bankruptcy case on February 22, 2016. Debtor filed an emergency petition due to unforeseen tax liabilities which threatened garnishment from her check. Debtor's counsel prepared and filed the emergency petition and informed debtor that all needed documents to complete her case should be filed no later than March 7, 2016. A computer issue with Debtor's email

prohibited Debtor from returning the executed signature pages to counsel by the deadline and debtor's counsel filed the required schedules with the court on March 8, 2016. Inadvertently the required Declaration by Debtor as to Whether Debtor(s) Received Income From an Employer Within 60 Days of Petition (LBR Form F1002-1) (hereinafter Declaration) was left off of the filing by Debtor's counsel and was later filed on March 11, 2016. The Declaration was filed prior to the entry of the ORDER AND NOTICE OF DISMISSAL FOR FAILURE TO FILE SCHEDULES, STATEMENTS AND/OR PLAN.

Debtor hereby request that this court reconsider its ORDER AND NOTICE OF DISMISSAL FOR FAILURE TO FILE SCHEDULES, STATEMENTS AND/OR PLAN and reinstate this case to the active docket.

Dated: 3/14/2016

PRIMUTH & DRISKELL, LLP

BY: _____
Joshua R. Driskell, Attorney for Defendant/Debtor

| In re                      | CHAPTER  7                  |
|----------------------------|-----------------------------|
| Josefina E Cervantes       |                             |
|                   Debtor.  | CASE NUMBER 2:16-bk-12110   |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

790 E Colorado Blvd
Ste 790
Pasadena, CA 91101

A true and correct copy of the foregoing document entitled (*specify*):  __**Motion for Reconsideration**__  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **3/14/2016**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Richard Diamond (TR), jlv@dgdk.com**

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **3/14/2016**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Honorable Robert N. Kwan**
**United States Bankruptcy Court**
**Central District of California**
**Edward R. Roybal Federal Building and Courthouse**
**255 E. Temple Street, Suite 1682 / Courtroom 1675**
**Los Angeles, CA 90012**

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 14, 2016 | Joshua R. Driskell 294616 | /s/ Joshua R. Driskell |
|----------------|---------------------------|------------------------|
| *Date*         | *Printed Name*            | *Signature*            |