| Attorney or Party Name, Address, Telephone and FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Joshua R. Driskell**<br>**790 E Colorado Blvd**<br>**Ste 790**<br>**Pasadena, CA 91101**<br>**626-683-7234 Fax: 626-683-7251**<br>California State Bar Number: **294616**<br>josh@primuthlaw.com | |

☐ Individual appearing without attorney
☑ Attorney for Debtor (s)

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>    **Josefina E Cervantes**<br><br><br><br><br><br><br>Debtor(s) | CASE NO.: **2:16-bk-12110**<br>CHAPTER: **7**<br><br>**NOTICE OF LODGMENT OF ORDER IN**<br>**BANKRUPTCY CASE RE:** (title of motion[1]):<br><br>**MOTION FOR RECONSIDERATION** |
|---|---|

PLEASE TAKE NOTE that the order titled **MOTION FOR RECONSIDERATION** was lodged on (date) **3/14/2016** and is attached. This order relates to the motion which is docket number **15**.

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**COUNTY OF LOS ANGELES, CHATSWORTH**

| In Re: | ) | Case No.: 2:16-bk-12110-RK |
| JOSEFINA CERVANTES, Debtor | ) | **ORDER** |
| | ) | Honorable Robert N. Kwan |
| | ) | |

18  TO ALL PARTIES AND THEIR ATTORNEY OF RECORD:

19      Upon Motion by Defendant, JOSEFINA CERVANTES, this Court hereby reconsiders its

20  ORDER AND NOTICE OF DISMISSAL FOR FAILURE TO FILE SCHEDULES, STATEMENTS

21  AND/OR PLAN which was entered on March 11, 2016. To Wit, the ORDER AND NOTICE OF

22  DISMISSAL FOR FAILURE TO FILE SCHEDULES, STATEMENTS AND/OR PLAN which was

23  entered on March 11, 2016 is hereby vacated due to good cause presented by the Debtor and the filing

24  of all required forms. This case is hereby ORDERED back to the active docket.

25
26  Dated: _____

27
28      _____

        Honorable Robert N. Kwan

1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**790 E Colorado Blvd**
**Ste 790**
**Pasadena, CA 91101**

A true and correct copy of the foregoing document entitled (*specify*):   __**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY**__
__**CASE RE MOTION FOR RECONSIDERATION**__   will be served or was served **(a)** on the judge in chambers in the form and manner
required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR,
the foregoing document will be served by the court via NEF and hyperlink to the document. On **3/14/2016**, I checked the CM/ECF
docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice
List to receive NEF transmission at the email addresses stated below:

  **Richard Diamond (TR), jlv@dgdk.com**

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On **3/14/2016**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary
proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and
addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours
after the document is filed.

**Honorable Robert N. Kwan**
**United States Bankruptcy Court**
**Central District of California**
**Edward R. Roybal Federal Building and Courthouse**
**255 E. Temple Street, Suite 1682 / Courtroom 1675**
**Los Angeles, CA 90012**

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each
person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by
personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission
and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be
completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 14, 2016 | Joshua R. Driskell 294616 | /s/ Joshua R. Driskell |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.